# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

J. D. THOMPSON, III

NO. 2023 KW 1311

**JANUARY 29, 2024**

---

In Re:   J.D. Thompson, III, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 14-CR8-124255.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

> **PMc**
> **CHH**
> **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT